# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **AL MUXYAH,** | ) | Case No.1:17CV716 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **O R D E R** |
| | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| Defendant. | ) | |
| | ) | |

On April 6, 2017, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1).  This matter was referred to Magistrate Judge David A. Ruiz pursuant to Local Rule 72.2(b).  On May 22, 2018, the Magistrate Judge recommended that the final decision of the Commissioner be reversed and remanded for further proceedings. (Dkt. #12).  On May 31, 2018, the Defendant filed a Response to Magistrate Judge's Report and Recommendation stating they will not be objecting.

Therefore, Magistrate Judge Ruiz' Report and Recommendation is **ADOPTED** and the case remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: 6/6/2018         *S/Christopher A. Boyko*
                        CHRISTOPHER A. BOYKO
                        UNITED STATES DISTRICT JUDGE